In the Matter of the Application of the COMMISSIONERS OF THE STATE RESERVATION AT NIAGARA, to take certain lands.

(Argued June 15, 1886 ; decided June 22, 1886 )

THIS was a motion from an order of General Term which affirmed the report of commissioners of appraisement, appointed under and in pursuance of chapter 336, Laws of 1883.

The following is the *mem.* of opinion :

" We think we are concluded by the decisions under the General Railroad Act from entertaining this appeal. There is

no such difference between the language of that act and the language of the act under which these proceedings were instituted as to require or authorize a different construction of the two acts.    There is no public policy and no reason for authorizing appeals to this court under the one act which do not apply to the other.    Decisions which have been so long and uniformly adhered to should not now be departed from or disregarded.

"The appeal should be dismissed."

*Ansley Wilcox* for motion.

*Calvin Frost* opposed.

*Per Curiam mem.* for dismissal of appeal.
All concur.
Appeal dismissed.